UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:13-CR-18-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ROBERT CHAMPION | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 27 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This 24th day of July 2013.

LOUISE WOOD FLANAGAN
United States District Court Judge