UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CR-18-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ROBERT CHAMPION | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Notice (Docket No. 32), be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office.

This the 10th day of October, 2013.

_____
JUDGE LOUISE W. FLANAGAN
United States District Judge